IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHARLES P. MUISE,

        Appellant,

  v.

STATE OF FLORIDA,

        Appellee.

_____/

Case No.    5D21-1658
LT Case No. 2019-100683-CFDL

Decision filed January 17, 2023

Appeal from the Circuit Court
for Volusia County,
Dawn D. Nichols, Judge.

Paula C. Coffman, of Law Office of Paula
Coffman, Orlando, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.